## FRIEND PALMER, THOMAS PALMER AND JOHN PALMER
### *versus* ANTOINE LASSELLE

JOURNAL ENTRIES (1823): *Journal 3:* (1) Rule for bail or procedendo *p. 392; (2) motion for remand *p. 447; (3) remanded by procedendo *p. 458.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance; (4) bail piece; (5) exception to bail.
*1822–23 Calendar*, MS p. 107.

## JULIUS ELDRED *versus* MICHAEL DOUSMAN AND
### MOSES BIRDSALL

JOURNAL ENTRIES (1823–25): *Journal 3:* (1) Rule to assign errors *p. 392.
*Journal 4:* (2) Judgment affirmed MS p. 56.
PAPERS IN FILE: (1) Affidavit for certiorari, precipe and allowance; (2) writ of certiorari and return; (3) assignments of error; (4) joinder in error; (5) receipt for fee.
*1822–23 Calendar*, MS p. 100. Recorded in *Book C*, MS pp. 24–28.